James M. Morris, Esq.
DC 999997; GA 757959; KY 85709; OH 76161; TN 28992; VA C-83043
217 North Upper Street
Lexington, Kentucky, 40507
859.281.6981
jmorris@morris-morrislaw.com
ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH DAY,<br>　　　　Plaintiff<br><br>VS.<br><br><br><br>LSI CORPORATION,<br>　　　　Defendant | CASE NO. 4:11-cv-00186-TUC-CKJ<br><br>**NOTICE OF FILING OF DEPOSITION TRANSCRIPTS FOR STAN SKELTON, IAN WHITE, AND ROBIN HUBER** |

　　　　Comes the Plaintiff Kenneth Day ["Day"], by and through counsel, and, provides this Notice of Filing of deposition testimony from Stan Skelton, Ian White, and Robin Huber. During the July 2, 2012 Hearing, this Court inquired as to whether the deposition of Stan Skelton had, in fact, been placed in the Court Record.  In response, the undersigned erroneously indicated his belief that each of these depositions had, in fact, been placed in the Court Record, in relation to the Motion for Sanctions filed in December, 2011. However, the undersigned has determined that the depositions in their entirety were not previously filed, and, therefore, files them for the Court's consideration relative to Plaintiffs' Motions for Sanctions and for Other Appropriate Relief.  [DE #85, #87, #112, #115].

        MORRIS & MORRIS, P.S.C.

By:   /s/ *James M. Morris*
      James M. Morris
      DC 999997; GA 757959; KY 85709; OH 76161; TN 28992; VA C-83043
217 North Upper Street
Lexington, Kentucky 40507
Telephone: (859) 281-6981
Facsimile: (859) 233-7876
ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

This is to certify that the foregoing has been electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 18th day of July, 2012, to:

| | |
|---|---|
| Kristy Peters, Esq. | Robert W. Cameron, Esq. |
| LITTLER MENDELSON, P.C. | LITTLER MENDELSON |
| Camelback Esplanade | A Professional Corporation |
| 2425 East Camelback Road, Suite 900 | 625 Liberty Avenue, 26th Floor |
| Phoenix, AZ 85016-4242 | Pittsburgh, PA 15222 |

        /s/ *James M. Morris*
        ATTORNEY FOR PLAINTIFF

M:\EMPLOY\Day\Filing.Depositions.wpd